**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01176-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

EDWARD ALLEN, a.k.a. EDWARD A. CLUTTS,

     Plaintiff,

v.

GOVERNOR HICKENLOOPER,
RICK RAEMISCH,
THE ENTIRE PAROLE BOARD,
THE ENTIRE COLORADO SEX OFFENDER MANAGEMENT BOARD,
MAGGIE LEIUAON,
DENISE BALAZIC,
JOE MORALES, and
BRANDON SHAFFER,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

     On April 25, 2014, Plaintiff submitted a Prisoner Complaint and a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the documents are deficient as described in this Order.  Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this Court in this

action.  Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted

| | | |
|---|---|---|
| (2) | ___ | is missing affidavit |
| (3) | ___ | prisoner's trust fund statement is not certified |
| (4) | ___ | is missing certificate showing current balance in prison account |
| (5) | ___ | is missing required financial information |
| (6) | ___ | is missing authorization to calculate and disburse filing fee payments |
| (7) | X | is missing an original signature by the prisoner |
| (8) | X | is not on current Court-approved form |
| (9) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | ___ | other: _____ |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (11) | ___ | is not submitted |
| (12) | ___ | is not on proper form |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | names in caption do not match names in text |
| (17) | ___ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | ___ | other: Plaintiff has not completed all sections of the form |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Use of Court-approved forms are required to cure deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without

2

further notice.

DATED April 25, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge