IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01176-MJW

EDWARD ALLEN aka Edward Clutts,

Plaintiff(s),

v.

WARDEN DESIGNEE OF STERLING CORRECTIONAL FACILITY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the parties' Joint Stipulated Motion to Amend the Caption (Docket No. 24) is GRANTED.  The Clerk of Court is directed to amend the caption in this case such that the remaining defendant is identified as "WARDEN FALK OF STERLING CORRECTIONAL FACILITY" instead of "WARDEN DESIGNEE OF STERLING CORRECTIONAL FACILITY."

Date: October 10, 2014