IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01176-MJW

EDWARD ALLEN aka Edward Clutts,

Plaintiff(s),

v.

WARDEN FALK OF STERLING CORRECTIONAL FACILITY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Jury Demand (Docket No. 21) is granted.  The court, in its discretion under Fed. R. Civ. P. 39(b), will allow a jury trial on any issues for which a jury might have been demanded should this case proceed to trial.

Date: October 20, 2014